**Entered on Docket**
**November 13, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association, as Trustee for The Holders of Deutsche Alt-A Mortgage Loan
Trust, Series 2006-AR5 Mortgage Pass-Through Certificates.
09-76819

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-28154-bam |
| Lisa C. Soininen | Date: 11/3/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association, as Trustee for The Holders of Deutsche Alt-A Mortgage Loan Trust, Series 2006-AR5 Mortgage Pass-Through Certificates., its assignees and/or successors in interest, of the subject property, generally described as 6912 Old Castle Drive, Las Vegas, NV 89108.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

2 **give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

3

4     DATED this _____ day of _____2009

5

6 Submitted by:

7 **WILDE & ASSOCIATES**

8

9 By_____

    **GREGORY L. WILDE, ESQ.**

10   Attorney for Secured Creditor

   208 South Jones Boulevard

11   Las Vegas, Nevada 89107

12 APPROVED / DISAPPROVED

13 _____

14 Anthony Deluca

 5830 W. Flamingo Rd., #233

15 Las Vegas, NV 89103

 Attorney for Debtor(s)

16

17 APPROVED / DISAPPROVED

18 _____

19 Yvette Weinstein

 6450 Spring Mtn. Rd. #14

20 Las Vegas, NV 89146

 Chapter 7 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor